UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2007 NOV 15  P 4: 10

BY DEPUTY CLERK

CHARLES DAVID CUMMINS

VERSUS                                                          CIVIL ACTION

UNUMPROVIDENT INSURANCE CO.,                          NO. 04-339-A
ET AL

# RULING ON MOTIONS
# FOR SUMMARY JUDGMENT

This matter is before the court on a "cross-motion for final judgment on the merits of the case" by defendant, Unum Life Insurance Company (doc. 72) and on a motion for summary judgment "on the merits" by plaintiff, Charles Cummins (doc. 76). Both motions were referred to Magistrate Judge Christine Noland who, on August 23, 2007, recommended that Unum's motion be granted, upholding its benefits decision, and that plaintiff's motion be denied (doc. 87). Plaintiff filed a timely objection (doc. 88) to which defendant replied (doc. 89).

On October 2, 2007, the matter was referred back to the Magistrate Judge for consideration of new arguments made by plaintiff in his objection, in particular, that he "was not prescribed Zoloft for the treatment of depression [and that] Cummins was prescribed Zoloft **only** as part of a research study in which he participated" (doc. 88, p. 3). The Magistrate Judge subsequently ordered plaintiff

to produce competent evidence substantiating his claim that Zoloft was only prescribed to him during the pre-existing period of his Unum insurance policy as part of a research study, rather than for treatment of depression (doc. 91). Once all evidence was gathered, on October 25, 2007, the Magistrate Judge once again recommended that Unum's motion be granted and that plaintiff's motion be denied (doc. 96). Plaintiff again timely objected (doc. 100) and defendant again replied (doc. 101).

The court has carefully considered the complaint, the record, the law applicable to this action, and both Reports and Recommendations of United States Magistrate Christine Noland (docs. 87 & 96). After a de novo determination of those portions of both reports and recommendations toward which plaintiff's objections (docs. 88 & 100) were made, the court hereby approves both reports and recommendations of the magistrate judge and adopts them as the court's opinion herein.

Accordingly, the cross motion for final judgment on the merits of the case by defendant, Unum Life Insurance Company (doc. 72) is hereby **GRANTED**, upholding defendant's benefits decision, and the motion for summary judgment on the merits by plaintiff (76), Charles David Cummins, is hereby **DENIED**. Judgment shall be

entered in favor of defendant, Unum Life Insurance Company, dismissing this action

with prejudice.

Baton Rouge, Louisiana, November 15, 2007.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA